UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| HILDA L. SOLIS | ) | |
| Secretary of Labor, | ) | |
| United States Department of Labor, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 2:10-CV-00086 |
| | ) | |
| LOCAL UNION 1014, UNITED | ) | |
| STEELWORKERS OF AMERICA | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

MOTION FOR ENTRY OF AN AGREED ORDER

Comes now the United States, by counsel, and moves for entry of an agreed order based on the attached Stipulation of Settlement between the parties hereto, which stipulation resolves all issues in the instant litigation. The parties have agreed to the entry of the proposed Agreed Order submitted contemporaneously with this motion.

Sincerely,

DAVID CAPP
UNITED STATES ATTORNEY


/s/ *Orest Szewciw*
Orest Szewciw
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2011, Orest Szewciw, electronically filed the foregoing MOTION FOR ENTRY OF AGREED ORDER with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following attorneys for Defendant: Stephen A. Yokich, Cornfield and Feldman, 25 E. Washington Street, Suite 1400, Chicago, IL 60602-1708.

/s/ Amber Mills
Legal Assistant

OFFICE OF:
United States Attorney
5400 Federal Plaza, Suite 1500
Hammond, Indiana 46320
Tel.: (219) 937-5500
Fax.: (219) 937-5547