UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

HILDA L. SOLIS, Secretary of Labor,    )
United States Department of Labor,    )
    )
        Plaintiff,    )
    )
        v.    )    Cause No. 2:10-CV-00086
    )
LOCAL UNION 1014, UNITED    )
STEELWORKERS OF AMERICA    )
    )
        Defendant.    )

AMENDED AGREED ORDER

WHEREAS, the subject action was initiated as a result of Plaintiff's investigation of alleged violations of Title IV of the Labor-Management Reporting and Disclosure Act of 1959, hereinafter referred to as the Act (29 U.S.C. 481 et seq.) related to the April 27, 2009 election of offices of Defendant, Local 1014, United Steelworkers of America, (hereinafter, "Local 1014").

WHEREAS, on February 19, 2010, Plaintiff filed a complaint pursuant to Title IV of the Act seeking an order declaring Defendant's April 27, 2009 election for the offices of President, Vice President, Recording Secretary, Treasurer, Guide, Inner Guard, and two Trustee positions, to be null and void and directing the Defendant to conduct a new election for the aforementioned offices under Plaintiff's supervision; and

WHEREAS, the parties have entered into a Stipulation of Settlement and to effectuate the settlement, the parties, without admission, and solely to avoid the cost and delay of further litigation agree, without contest, request that the Court enter an order directing the Defendant to conduct its next regularly scheduled election, including nominations, for all offices in April 2012, under Plaintiff's supervision under certain terms and conditions as set forth in the Stipulation of Settlement.

IT IS THEREFORE ORDERED, that the settlement agreement between the parties is hereby approved and accepted.

IT IS FURTHER ORDERED that the Defendant shall conduct its next regularly scheduled election, including nominations, for all offices in April 2012 under Plaintiff's supervision under the following terms and conditions:

a)   This election shall be conducted in accordance with Title IV of the Act (29 U.S.C. Sec. 481 et seq.), and, insofar as lawful and practicable, in accordance with the Constitutions of the United Steelworkers of America International Union (hereinafter the "United Steelworkers of America") and the bylaws of Local 1014.

b)   All decisions as to the interpretation or application of Title IV of the Act and the United Steelworkers of America Constitution and the Local 1014 bylaws relating to the supervised election are to be determined by the Secretary, and her decisions shall be final and binding.

c)    The court shall retain jurisdiction of this action and after completion of the election, Plaintiff shall certify to the Court the names of the persons elected to each office, and that the election was conducted in accordance with Title IV of the Act and, insofar as lawful and practicable, in accordance with the provisions of the Constitutions of the United Steelworkers of America and the bylaws of Local 1014.  Upon approval of such certification, the court shall enter an Order declaring that such persons have been elected as shown by such certification.

d)    Each party shall bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding.

SO ORDERED.

ENTERED:    January 17, 2012

_/s/ JON E. DEGUILIO_

Judge
United States District Court