UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| HILDA L. SOLIS, <br> Secretary of Labor, United States <br> Department of Labor, <br><br> Plaintiff, <br> v. <br><br> LOCAL UNION 1014, UNITED <br> STEELWORKERS OF AMERICA, <br><br> Defendant. | ) <br> ) <br> ) <br> )   Cause No. 2:10-CV-00086 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## <u>JOINT MOTION FOR ENTRY OF FINAL JUDGMENT</u>

Plaintiff, Hilda L. Solis, Secretary of Labor, United States Department of Labor, and Defendant, Local 1014, United Steelworkers of American, by counsel, submit this joint motion for entry of the Judgment submitted herewith declaring that the individuals certified by the Plaintiff on the attached Certification of Election are the duly elected officers of defendant, Local 1014, United Steelworkers of America, and shall serve until the next regularly scheduled election of the defendant, in accordance with the provisions of the constitution and bylaws of the defendant.  (Certification-Exhibit A).

DAVID CAPP
UNITED STATES ATTORNEY

By:    /s/ Sharon Jefferson
        Sharon Jefferson
        Assistant United States Attorney
        5400 Federal Plaza, Suite 1500
        Hammond, IN 46320
        Tel No.: (219) 937-5500
        Fax No.: (219) 852-2770
        Email: sharon.jefferson2@usdoj.gov
        Attorneys for Plaintiff, United States

By:    /s/ Stephen A. Yokich
        Stephen A. Yokich
        Cornfield and Feldman
        25 E. Washington Street
        Suite 1400
        Chicago, IL 60602-1708
        Tel No.: (312) 236-7800
        Fax No.: (312) 236-6686
        Attorney for Defendant,
        Local 1014, United
        Steelworkers of America

OF COUNSEL FOR
**United States Department of Labor**

Deborah Greenfield
Acting Deputy Solicitor of Labor

Katherine E. Bissell
Associate Solicitor

Janet M. Graney
Acting Regional Solicitor

Clinton Wolcott
Counsel for Legal Advice

Willie B. White
Attorney

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 13, 2012, Sharon Jefferson, electronically filed the

foregoing JOINT MOTION FOR ENTRY OF FINAL JUDGMENT with the Clerk of the

Court using the CM/ECF system which sent notification of such filing to the following

attorneys for Defendant: Stephen A. Yokich, Cornfield and Feldman, 25 E. Washington

Street, Suite 1400, Chicago, IL 60602-1708.


<u>/s/ Amber Mills</u>
Legal Assistant


OFFICE OF:
United States Attorney
5400 Federal Plaza, Suite 1500
Hammond, Indiana 46320
Tel.: (219) 937-5500
Fax.: (219) 937-5547