UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, )<br>United States Department of Labor, ) | Cause No. 2:10-CV-00086-JD |
| )<br>Plaintiff, )<br>)<br>v. )<br>)<br>Local Union 1014, United )<br>Steelworkers of America, )<br>)<br>Defendant. ) | |

## CERTIFICATION OF ELECTION

The election having been conducted in the above matter under the supervision of the Secretary of Labor, United States Department of Labor, pursuant to a joint Stipulation of Settlement agreement filed September 9, 2011, and Amended Agreed Order dated January 17, 2012, in the United States District Court for the Northern District of Indiana, Hammond Division, in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 481 et seq.) and in conformity with the Constitution and Bylaws of the defendant labor organization, insofar as lawful and practicable, and no complaints having been received concerning the conduct thereof, therefore:

Pursuant to Section 402(c) of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 482(c)), and the authority delegated to me,

"EXHIBIT A"

IT IS HEREBY CERTIFIED that the following named candidates have been duly elected to the offices designated:

| Name | Office |
|---|---|
| Rodney Lewis | President |
| Gus Atsas | Vice President |
| Margie Comacho | Treasurer |
| John Fritz | Financial Secretary |
| Connie Henderson | Recording Secretary |
| Monica Isabel | Inner Guard |
| Brian Carlson | Outer Guard |
| Derek Givens | Guide |
| Nicole Greene | Trustee |
| Mark Sain | Trustee |
| Carlton Morris | Trustee |

Signed this 6th day of June 2012.

*Patricia Fox* (signature)

Patricia Fox
Chief, Division of Enforcement
Office of Labor-Management Standards
United States Department of Labor