UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

HILDA L. SOLIS,                                        )
Secretary of Labor, United States                      )
Department of Labor,                                   )
                                                       )
                    Plaintiff,                         )
        v.                                             )   Cause No. 2:10-CV-086 JD
                                                       )
LOCAL UNION 1014, UNITED                               )
STEELWORKERS OF AMERICA,                               )
                                                       )
                    Defendants.                        )

## **JUDGMENT**

It appearing to the Court, that pursuant to an Order entered by this Court the defendant, Local 1014, United Steelworkers of America (hereinafter, "Local 1014" ), conducted its regularly scheduled election of officers under the supervision of the Plaintiff; and that the Plaintiff has filed a Certification of Election, certifying the names of the persons who were elected in such election, and further certifying that such election was conducted in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. 481 et seq.), and in conformity with the constitution and bylaws of the defendant labor organization, insofar as lawful and practicable; and the Court having considered said Certification and being fully advised by the parties, it is, hereby:

ADJUDGED, ORDERED and DECREED that the persons named in the Certification of Election which was filed by the Plaintiff, are the duly elected officers of defendant, Local 1014, and shall serve until the next regularly scheduled election of the defendant in accordance with the constitution and bylaws of the defendant labor organization.

Each party shall bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding to date.

SO ORDERED.

ENTERED: October 3, 2012

/s/ JON E. DEGUILIO
Judge
United States District Court

2